# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00619-CV

### The State of Texas, Appellant

### v.

### City of Austin, Texas; County of Travis, Texas; Steve Adler, in his Official Capacity as Mayor, City of Austin, Texas; and Andy Brown, in his Official Capacity as County Judge, County of Travis, Texas, Appellees

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-007712, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Per the Texas Supreme Court's directive and pursuant to Texas Rule of Appellate Procedure 29.3, this Court enjoins enforcement of Travis County's County Judge Order 2020-24 and the Mayor of the City of Austin's Order No. 20201229-24 pending final resolution of this appeal.

Before Justices Goodwin, Triana, and Smith

Filed: January 1, 2021